LOTTIE D. LARGE, Appellant, *v.* WIRE WHEEL CORPORATION OF AMERICA, Respondent.

(Argued December 5, 1928; decided December 31, 1928.)

*Dana L. Spring* for appellant.

*John Lord O'Brian* and *Ralph Ulsh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.